# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1656

_____

|  |  |  |
|---|---|---|
| | * | |
| Fay Cragle Conner | * | |
| | * | |
| Plaintiff – Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| Michael J. Astrue,[1] Commissioner, | * | District of Arkansas. |
| Social Security Administration, | * | |
| | * | [UNPUBLISHED] |
| Defendant – Appellee. | * | |
| | * | |
| | * | |

_____

Submitted: February 16, 2007
Filed: April 16, 2007

_____

Before LOKEN, Chief Judge, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

---

[1]Michael J. Astrue has been appointed to serve as Commissioner of Social Security and is substituted as the appellee pursuant to Federal Rule of Appellate Procedure 43(c)(2).

Fay Cragle Conner appeals the district court's[2] affirmance of the Commissioner's denial of her application for disability insurance benefits and supplemental security income. The administrative law judge found that although Conner has hypertension, elevated liver enzymes and hypercholesterolmia, she has no impairment, or combination of impairments, that results in more than a minimal effect on her ability to perform basic work-related activities. The ALJ noted that no medical evidence supported her complaints of pain in her back, neck and shoulders. The ALJ concluded that she does not have a severe impairment, and is not disabled. The Appeals Council denied review. Having carefully reviewed the record, this court finds that the Commissioner's final decision is supported by substantial evidence on the record as a whole. *See Harris v. Barnhart*, 356 F.3d 926, 928 (8th Cir. 2004) (standard of review); *Kelley v. Barnhart*, 372 F.3d 958, 960 (8th Cir. 2004) (same).

Accordingly, as an opinion would have no precedential value, the judgment is affirmed. *See* 8th Cir. R. 47B.

_____

_____

[2]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.